AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
### for the

Southern District of Ohio

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| Jorge Alberto MARROQUIN MEMBRANO a/k/a "Oscar CASTRO," "Oscar MARROQUIN CASTRO," "Oscar RODRIGUEZ" | ) ) ) ) ) | Case No.  1:24-mj-667 |
| *Defendant(s)* | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____ August 21, 2024 _____ in the county of _____ Hamilton _____ in the

____ Southern ____ District of _____ Ohio _____ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 8 U.S.C. Sections 1326(a) and (b)(1) | Illegal reentry after a felony |

This criminal complaint is based on these facts:

See attached Affidavit.

☑ Continued on the attached sheet.

*Matthew Klauenberg*
*Complainant's signature*

Matthew W. Klauenberg, Deportation Officer
*Printed name and title*

Received be reliable electronic means and
sworn and attested to **via FaceTime video**

Date:  **Aug 28, 2024**

*Karen L. Litkovitz*
Karen L. Litkovitz
United States Magistrate Judge

City and state:  _____ Cincinnati, Ohio _____

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Matthew W. Klauenberg, being duly sworn, depose and state as follows:

## INTRODUCTION

1.      I am a Deportation Officer with Immigration and Customs Enforcement ("ICE") Enforcement and Removal Operations ("ERO") division. I am a graduate of the Federal Law Enforcement Training Center ("FLETC") and I have received specialized training in establishing alienage and removability of foreign-born citizens.  I also have extensive knowledge of, and experience reviewing, Alien files ("A-files") which also facilitates my determination of whether a person is present in the United States unlawfully. An A-file is a collection of documents pertaining to a known alien maintained by Citizenship and Immigration Services, which contains, among other information, records from any prior removal from the United States and the reason for such removal.  The documents, including fingerprint records of the alien, are placed in the A-file by representatives of the Department of Homeland Security as well as other agencies. Through my training and experience, my duties include identifying aliens present in the United States both lawfully and unlawfully.

2.      This affidavit is submitted in support of a criminal complaint and arrest warrant charging Jorge Alberto MARROQUIN MEMBRANO, a/k/a "Oscar CASTRO," "Oscar MARROQUIN CASTRO," "Oscar RODRIGUEZ" with violating 8 U.S.C §§ 1326(a) and 1326(b)(1) in that, on or about August 21, 2024, the above named defendant was found in the United States, specifically in Cincinnati, Ohio, which is located in the Southern District of Ohio, without having obtained the express consent of the Attorney General of the United States or the

1

Secretary of the Department of Homeland Security to reapply for admission to the United States, after having been denied admission, excluded, deported, or removed from the United States.

3.     This affidavit is based on information obtained by me, information conveyed to me by other law enforcement officers, and a review of evidence, records, and documents obtained during the course of the investigation. This affidavit contains the information necessary to establish probable cause but does not include each and every fact known to me or known to the government.

**PROBABLE CAUSE**

4.     On or about August 21, 2024, an individual going by "Oscar CASTRO" was arrested by the Hamilton County Sheriff's Office ("HCSO") for nine counts of theft and one count of falsification. HCSO transported "CASTRO" to jail and fingerprinted him, and submitted the fingerprints to Ohio Bureau of Criminal Investigations, who in turn submitted them to the Federal Bureau of Investigation ("FBI").  ICE was then alerted to the arrest, because "CASTRO's" fingerprints matched the prints of Jorge Alberto MARROQUIN MEMBRANO, a native and citizen of Honduras, and not a citizen of the United States.

5.     On or about August 27, 2024, "Castro" made bond on his theft and falsification charges and was turned over to ICE from local custody.

6.     ICE officers additionally submitted "CASTRO's" fingerprints to the FBI. The FBI reported that the fingerprints came back to Jorge Alberto MARROQUIN MEMBRANO and numerous aliases. The records associated with MARROQUIN MEMBRANO include a prior conviction on or about January 31, 2017 in United States District Court for the Southern District of Ohio for 8 U.S.C. § 1326, illegal re-entry, a felony.

2

7.	ICE ERO officers later submitted MARROQUIN MEMBRANO's fingerprints to ICE databases, which confirmed a match to Jorge Alberto MARROQUIN MEMBRANO, a native and citizen of Honduras, and not a citizen of the United States.

8.	According to ICE databases, Jorge Alberto MARROQUIN MEMBRANO has been deported from the United States on or about June 15, 2006 through Houston, Texas; December 17, 2007 through Atlanta, Georgia; June 16, 2008 through San Antonio, Texas; May 24, 2010 through Columbus, Georgia; October 17, 2017 through Fort Worth, Texas; and May 13, 2019 through Columbus, Georgia.

9.	Upon review of ICE databases and a review of the physical A-file, there is no evidence of Jorge Alberto MARROQUIN MEMBRANO having obtained the express consent of the Attorney General of the United States or the Secretary of the Department of Homeland Security to reapply for admission to the United States.

**CONCLUSION**

10.    Based upon the foregoing, I submit there is probable cause to conclude that on or about August 21, 2024, the above named defendant, an alien, was found in the United States, at a location within the Southern District of Ohio, after having been denied admission, excluded, deported, or removed from the United States and having not obtained the express consent of the Attorney General of the United States or the Secretary of the Department of Homeland Security to reapply for admission to the United States, in violation of 8 U.S.C. § 1326(a) and (b)(1).

*Matthew Klauenberg*

Matthew Klauenberg
Deportation Officer
Immigration and Customs Enforcement

Received by reliable electronic means

and sworn and attested to

__ **Aug 28, 2024** __

Karen L. Litkovitz
United States Magistrate Judge

4